UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br><br>    PERRY DEAN BOWLES<br><br>                              Debtor | CASE NO: 05-33481<br>                  (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019881**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 12 | CINERGY CG&E<br>% MARY TAYLOR<br>3300 CENTRAL PARKWAY<br>CINCINNATI, OH  45225 | 40.63 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/28/2010

Certificate of Service                     05-33481

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PERRY DEAN BOWLES
592 TODD HUNTER RD
MONROE, OH  45050

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(33.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(12.1)
CINERGY CG&E
% MARY TAYLOR
3300 CENTRAL PARKWAY
CINCINNATI, OH  45225

(35.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(28.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner _____  sv